IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:16CR213 |
| vs. | ) ) | ORDER |
| JAMES MANSKE and ALEX PEARSON, | ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court on the motion to continue by defendants James Manske (Manske) (Filing No. 24) and Alex Pearson (Pearson) (Filing No. 26). Both defendants seek a ninety (90) day continuance of the trial scheduled for September 26, 2016. Sams's counsel represents that government's counsel would have no objection to the motion. Both Manske and Pearson have filed affidavits consenting to the continuance and acknowledging the time for the continuance will be excluded under the computations of the Speedy Trial Act (Filing Nos. 25 and 27). The government had no objection to the motions voiced in a hearing on September 6, 2016, with regard to the material witness Juan Pablo Miranda-Pacheco, 8:16MC46 (D. Nebr.). Upon consideration, the motions will be granted, and this Order shall supersede Order [28] issued on August 31, 2016.

IT IS ORDERED:

1. Manske's and Pearson's motions to continue trial (Filing No. 24 and 26) are granted.

2. This Order supersedes the Order [28] filed on August 31, 2016.

3. Trial of this matter **as to both defendants** is re-scheduled for **January 9, 2017,** before Judge John M. Gerrad and a jury in Courtroom No. 1, Fourth Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **September 6, 2016, and January 9, 2017,** shall be deemed **excludable** time in any computation

of time under the requirement of the Speedy Trial Act for the reason that defendants' counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 6th day of September, 2016.

BY THE COURT:

s/ Thomas D. Thalken

United States Magistrate Judge