# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>IN RE GRAND JURY INVESTIGATION,<br>Juan Pablo Miranda-Pacheco,<br><br>               Material Witness. | **ORDER SETTING CONDITIONS OF RELEASE**<br><br>Case Number: 8:16mc46 & 8:16cr213 |

**IT IS ORDERED** that the release of the defendant is subject to the following conditions:

(1)    The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2)    The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3)    The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(4)    The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

      The defendant shall next appear at (if blank, to be notified):

**Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska,**

**before John M. Gerrard, U.S. District Judge**

**Courtroom No. 1 (Special Proceedings), at 9:00 a.m. on January 9, 2017.**

## RELEASE ON UNSECURED BOND

**IT IS FURTHER ORDERED** that the defendant be released provided that:

☐    The defendant executes an unsecured bond binding the defendant to pay the United States the sum of dollars ($ .) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

# ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release subject to the above conditions will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community,

**IT IS FUTHER ORDERED** that the release of the defendant is also subject to the following conditions.

**Court Supervision and Restrictions.** The defendant shall:

☒ (a) Truthfully report to the United States Probation and Pretrial Services Office as directed [telephone no. (402) 661-7555] and comply with their directions.
☒ (f) Obtain no passport. Surrender any passport to U.S. Pretrial Services.
☒ (l) Not possess a firearm, destructive device, or other dangerous weapon.
☒ (m) Refrain from any use or possession of alcohol.
☒ (n) Not possess or use a narcotic drug or other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner.
☒ (s) Report as soon as possible to the supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
(y) Not leave the State of Nebraska.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less that fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____
Address

_____
City and State                              Telephone

## DIRECTIONS TO UNITED STATES MARSHAL

☒   The defendant is ORDERED released after processing.
☐   The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions of release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

DATED this 7th day of September, 2016.          s/ Thomas D. Thalken
                                                United States Magistrate Judge

# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
# DISTRITO DE NEBRASKA

| | |
|---|---|
| ESTADOS UNIDOS DE AMÉRICA,<br><br>                                      Actor,<br><br>v.<br><br>IN RE GRAND JURY INVESTIGATION,<br>Juan Pablo Miranda-Pacheco,<br><br>                               Material Witness. | **AUTO QUE DISPONE LAS CONDICIONES<br>DE LIBERTAD PROVISIONAL**<br><br>Causa Número: 8:16mc46 & 8:16cr213 |

**SE RESUELVE** excarcelar al acusado quien deberá cumplir con las siguientes condiciones:

(1) El acusado no cometerá ninguna infracción en contra de las leyes federales, estatales o locales mientras esté en libertad condicional en este proceso.

(2) El acusado deberá cooperar y permitir que se le tome una muestra de su ADN, si así lo dispone el art. 14135a del U.S.C. (Nota del traductor: U.S.C.: Código de los Estados Unidos, por sus siglas en inglés.)

(3) El acusado deberá notificarles de inmediato, y por escrito, al juez, al abogado defensor y al fiscal antes de cambiar de domicilio o número de teléfono.

(4) El acusado comparecerá a todas las audiencias y deberá entregarse ante las autoridades respectivas para cumplir con la pena que se le imponga según se le indique.

La próxima comparecencia del acusado será:

**Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska,**

**before John M. Gerrard, U.S. District Judge**

**Courtroom No. 1 (Special Proceedings), at 9:00 a.m. on January 9, 2017.**

## LIBERTAD PROVISIONAL BAJO CAUCIÓN JURATORIA

**POR TANTO SE DECRETA** la libertad provisional del acusado siempre y cuando cumpla con las siguientes condiciones::

☐   El acusado firmará una póliza de fianza donde se compromete a pagar a favor de los Estados Unidos la suma de    dólares ($ ) en caso de no comparecer cuando le sea requerido o de no entregarse ante las autoridades respectivas para cumplir la pena que se le imponga.

# CONDICIONES ADICIONALES DE LA LIBERTAD PROVISIONAL

De llegar a la conclusión de que ninguna de las condiciones de libertad provisional arriba mencionadas basta por sí sola para garantizar la comparecencia del acusado o la seguridad de otras personas y de la comunidad en general,

**SE ORDENA ADEMÁS** que mientras esté en libertad provisional, el acusado cumpla con las condiciones que se indican a continuación:

**Supervisión por parte del juzgado y restricciones.** El acusado deberá:

- ☒ (a) Reportarse puntualmente ante la Oficina de Condena Condicional y Servicios Previos al Juicio de los Estados Unidos cuando le sea requerido [teléfono No. (402) 661-7555] y obedecer sus instrucciones.
- ☒ (f) No sacar pasaporte. Entregarle su(s) pasaporte(s) al agente de Servicios Previos al Juicio de los EE. UU.
- ☒ (l) Abstenerse de poseer armas de fuego, aparatos destructivos o cualquier otra arma peligrosa.
- ☒ (m) Abstenerse del consumo o posesión de bebidas alcohólicas.
- ☒ (n) Abstenerse de poseer o de usar todo tipo de estupefacientes así como todo tipo de substancia regulada según la definición en el art. 802 título 21 U.S.C. a menos que se las haya recetado un médico autorizado.
- ☒ (s) Informarle lo antes posible al agente supervisor acerca de cualquier contacto que tenga con agentes de las fuerzas del orden público incluyendo, entre otras cosas, aprehensiones, interrogatorios o detenciones de tránsito.

(y) Not leave the State of Nebraska.

# ADVERTENCIA DE LAS PENAS Y SANCIONES

AL ACUSADO:

SE LE ADVIERTE QUE SE EXPONE A LAS SIGUIENTES PENAS Y SANCIONES:

De incumplir con cualquiera de las condiciones de libertad provisional arriba mencionadas se emitirá de inmediato una orden de captura, la revocación de la libertad provisional, un auto judicial de detención y se le encausará por desacato al juez. Ello podrá tener como resultado el que se le imponga una pena de prisión, una multa o ambas cosas.

De cometer un delito mientras se encuentre bajo el régimen de libertad provisional, recibirá una penaadicional de prisión por un máximo de diez años si se trata de un delito grave; o de máximo un año si es un delito menos grave. Esta pena se sumará a cualquier otra pena que se le imponga.

De conformidad con la ley federal, el intimidar o tratar de intimidar a un testigo, una víctima, un miembro de un jurado, un informante o un funcionario judicial constituye un delito punible con hasta cinco años de prisión o una multa de $250.000 o con ambos, la prisión y la multa. También es un delito punible con hasta diez años de prisión o una multa de $250.000 o con ambos, la prisión y la multa, el manipular a un testigo, una víctima o un informante o el tomar represalias, o la tentativa de represalias, en contra de un testigo, víctima o informante.

Si, mientras esté en libertad provisional, a sabiendas usted no comparece según lo exigen estas condiciones o no se entrega para cumplir con la pena que se le imponga, se inciará un nuevo proceso en su contra por no haber comparecido o no haberse entregado. Dicho proceso estará sujeto a una de las penas adicionales que se indican a continuación, según el tipo de condena que usted haya recibido:

(1) si el delito es castigable con pena capital, cadena perpetua o pena de prisión de quince años o más, se le cobrará una multa máxima de $250.000 o se le enviará a prisión por un máximo de diez años o ambas cosas;

(2) si el delito es castigable con una pena de prisión de cinco años o más, pero menos de quince, se le cobrará una multa máxima de $250.000 o se le enviará a prisión por un máximo de cinco años o ambas cosas;

(3) por cualquier otro delito grave, se le cobrará una multa máxima de $250.000 o se le enviará a prisión por un máximo de dos años o ambas cosas;

(4) si se trata de un delito menos grave, se le cobrará una multa máxima de $100.000 o se le enviará a prisión por un máximo de un año o ambas cosas.

El período de prisión que se impone por no comparecer o no entregarse a las autoridades se sumará a la pena por cualquier otro delito. Además el no comparecer o no entregarse a las autoridades puede traer como consecuencia el decomiso de la fianza.

## CERTIFICACIÓN DEL ACUSADO

Certifico que soy el acusado en esta causa y que estoy consciente de las condiciones de libertad provisional. Prometo obedecer todas las condiciones de libertad provisional, comparecer cuando se me indique, y entregarme para cumplir con la pena que se me imponga. Estoy consciente de las penas y sanciones previamente indicadas.

Defendant-Spanish

09/06/2016  02:52:34 pm

Firma del acusado

Dirección

Ciudad y estado        Teléfono

## INSTRUCCIONES PARA LA OFICINA DE LOS ALGUACILES FEDERALES

☒ Se ORDENA poner en libertad al acusado después de ficharlo.

☐ Se ORDENA a los alguaciles federales retener al acusado en custodia hasta que el secretario del juzgado o el agente judicial les notifique que el acusado ha depositado la fianza o ha cumplido con todas las condiciones de libertad provisional. Deberán traer al acusado ante la autoridad judicial respectiva en el lugar, día y hora señalados, si todavía está bajo custodia.

Fecha: DATED this 7th day of September, 2016.   s/ Thomas D. Thalken
**Juez de Garantías de los Estados Unidos**