IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ELKHORN LAWN CARE, L.L.C.,<br><br>　　　　　Defendant. | 8:16-CR-213<br><br>ORDER |

　　　This matter is before the Court on the plaintiff's motion for dismissal (filing 39). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment, without prejudice, as it relates to defendants James Manske and Alex Pearson.

　　　IT IS ORDERED:

1. The plaintiff's motion for dismissal (filing 39) is granted.

2. This case is dismissed as to defendants James Manske and Alex Pearson.

3. This case shall remain pending as to defendant Elkhorn Lawn Care, L.L.C.

Dated this 6th day of February, 2017.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*John M. Gerrard* (signature)
　　　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　　　United States District Judge